# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133127

ROY KEVIN RUSS-BEY, #164629

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

SC: 133127
CoA: 274385

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 6, 2007, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2007

_____
Clerk

jm